# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310      Date: 3/1/2021      Time: 11:00a.m.

Defendant: Peter Gerace(J)    J#: _____    Case #: 21-6112-AOV

AUSA: James Ustynoski (Brendan Cullinane) (AUSA WD NY)    Attorney: Joel Daniels, ESQ. (WD NY)

Violation: Conspiracy to Defraud the United States; Conspiracy PWID Controlled Substance

Proceeding: Initial Appearance-Rule 40/5 Removal    CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: _____

Bond Set at: Home Confinement / Electronic Monitoring w/GPS    Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs to pretrial    Language: English
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses/ co-debts
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring and/or GPS Curfew ___ pm to ___ am, paid by Defendant
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFF, WD NY
- [x] Other: See bond documents page 4

**Disposition:** Defendant present via VTC and verbally consents to proceed via video conference. Defendant advised of rights and charges. Defense counsel verbally waives identity hearing. Defendant to travel to WD NY as soon as possible. Further proceedings to be held in WD NY.

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 12:53:33    Time in Court: 1 hour

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

7